UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 02486

------------------------------------X
ROBERT BOYKIN and ELIZABETH BOYKIN,

                Plaintiff,

            -against-

SHAUN OTTEN & INSINGER PERFORMANCE
INCORPORATED,

                Defendants.
------------------------------------X

Index No.: 00002/08

**RULE 7.1 STATEMENT**

RECEIVED
MAR 11 2008
U.S.D.C. S.D.N.Y.
CASHIER

    Defendants-Petitioners SHAUN OTTEN & INSINGER PERFORMANCE INCORPORATED by their attorneys, WHITE, FLEISCHNER & FINO, LLP, as and for their Rule 7.1 Statement, hereby alleges as follows:

    1.    INSINGER PERFORMANCE INCORPORATED has no parent company. No other entity owns more than 10% of their stock.

Dated: New York, New York
       March 11, 2008

                                Yours, etc.,

                                WHITE FLEISCHNER & FINO, LLP

                                By: _____
                                DANIEL M. STEWART (DM 7989)
                                Attorneys for Defendants
                                61 Broadway - 18th Floor
                                New York, New York 10006
                                (212) 487-9700
                                Our File No.: 117-13283-D-PAF/DMS

TO:    (See Attached Affidavit)

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

Wendy Jantz, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Staten Island, New York.

That on March 12, 2008, deponent served the within **RULE 7.1 STATEMENT,** upon the attorneys and parties listed below by United States prepaid mail by placing same in a mailbox in the State of New York:

TO:

Richard Bernsley, Esq.
One Railroad Avenue
Goshen, New York 10924
(845) 294-4788

_____
Wendy Jantz

Sworn to before me this
12th day of March, 2008

_____

LAUREN RICCIO MELTZER
NOTARY PUBLIC, State of New York
No. 01RI5082855
Qualified in King County
Commission Expires July 28, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT BOYKIN and ELIZABETH BOYKIN,

            Plaintiff,

-against-

SHAUN OTTEN & INSINGER PERFORMANCE INCORPORATED,

            Defendants.

## RULE 7.1 STATEMENT

**WHITE FLEISCHNER & FINO, LLP**
*Attorneys for DEFENDANTS, SHAUN OTTEN & INSINGER PERFORMANCE INCORPORATED*
**61 BROADWAY
NEW YORK, N.Y. 10006
(212) 487-9700**

To:
*Attorney(s) for*

*Service of a copy of the within*    is hereby admitted.
*Dated:*

                        ........................
                        *Attorney(s) for*

PLEASE TAKE NOTICE

☐  that the within is a (certified) true copy of a
    entered in the office of the clerk of the within named Court on
NOTICE OF
ENTRY

☐  that an Order of which the within is a true copy will be presented for settlement to the Hon.
    one of the judges of the within named Court, at , on , at .
NOTICE OF
SETTLEMENT

Dated:

                                   **WHITE FLEISCHNER & FINO, LLP**
                 *Attorneys for*

                                     **61 BROADWAY
                                     NEW YORK, N.Y. 10006**