LAW OFFICES OF
# RICHARD ALAN BERNSLEY, P.C.
ONE RAILROAD AVENUE
GOSHEN, NEW YORK 10924

RICHARD A. BERNSLEY (N Y & N J BARS)

TEL (845) 294-4788
FAX (845) 294-1752

**MEMO ENDORSED**

July 24, 2008

*Via facsimile only*

United States District Court
300 Quarropas Street
Courtroom 521
White Plains, New York 10601

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Attention: Honorable Kenneth M. Karas

Re: Boykin v. Otten, et al.
08 Civ. 02486 (KMK) (MDF)

Dear Judge Karas:

As you may be aware, the above captioned matter is scheduled for a Rule (16) conference on Tuesday, July 29, 2008 at 11:00 a.m. It is respectfully requested, upon consent of all parties, that the conference be adjourned until after August 20, 2008, which is when a mediation has been scheduled for this matter.

Thank you for your assistance in this matter.

Sincerely,

RB/mh
Richard Bernsley

/mh
cc: White, Fleischner & Fino, LLP
    Attention: Daniel Stewart, Esq.

(Conference is adjourned until
October 3, 2008, at 12:15

SO ORDERED
KENNETH M. KARAS U.S.D.J.
7/24/08