UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ROBERT BOYKIN and ELIZABETH BOYKIN,　　　　Docket #: 08 CV-2486

　　　　　　　　　　　　　　Plaintiffs,　　　　**STIPULATION OF DISCONTINUANCE**

　　　-against-

SHAUN OTTEN & INSINGER PERFORMANCE INCORPORATED,
　　　　　　　　　　　　　　Defendants.
-----------------------------------------------------------------------X

　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for plaintiffs, ROBERT BOYKIN and ELIZABETH BOYKIN, and defendants, SHAUN OTTEN & INSINGER PERFORMANCE INCORPORATED, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| RICHARD BERNSLEY, ESQ. | WHITE FLEISCHNER & FINO, LLP |
| Attorney for Plaintiffs | Attorneys for Defendants |
| One Railroad Avenue | 61 Broadway – 18th Floor |
| Goshen, NY  10924 | New York, NY  10006 |

_____　　　_____
Attorney for Plaintiffs　　　　　　　　　　Attorneys for Defendants

DATED: 8/25/08　　　　　　　　　　　　DATED: 8/27/08