**WHITE FLEISCHNER & FINO, LLP**   61 BROADWAY, NEW YORK, NY 10006
T 212.487.9700   F 212.487.9777   WWW.WFF-LAW.COM

August 22, 2008

**MEMO ENDORSED**

**VIA FACSIMILE (914) 390-4152**

Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street, Room 533
White Plains, New York 10601

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re:   Boykin, Robert and Elizabeth v. Shaun Otten & Insinger Performance Incorporated
**Docket No.: 08 CV 02486**
DOL: May 29, 2007
Our File No.: 117-13283-D-PAF/DMS
Handling Attorneys: Paul A. Fino, Jr. and Daniel M. Stewart

Dear Judge Karas:

My office represents the defendants in the above-referenced lawsuit. This letter is faxed under instructions of "Dawn" from your chambers.

The parties attended private mediation on August 20, 2008, and agreed to settle the case for $110,000.

By copy of this letter to plaintiff's counsel, I ask that he forward the following documents to our office:

    (a)    a general release for the insurance company;

    (b)    a stipulation of discontinuance with prejudice that we will then file with the Court; and

    (c)    a cover letter with counsel's tax identification number.

Upon receipt of said documents from plaintiff's office, we will issue the settlement proceeds forthwith.

A NEW YORK LIMITED LIABILITY PARTNERSHIP

HOLMDEL, NEW JERSEY   •   WHITE PLAINS, NEW YORK   •   GARDEN CITY, NEW YORK
PHILADELPHIA, PENNSYLVANIA   •   BOCA RATON, FLORIDA
LONDON, ENGLAND

Judge Kenneth M. Karas
August 22, 2008
Page 2

Thank you for your kind consideration.

Very truly yours,

WHITE FLEISCHNER & FINO, LLP

Daniel M. Stewart
dstewart@wff-law.com

DMS/wj

cc:

**VIA FACSIMILE (845) 294-4752**

Richard Bernsley, Esq.
One Railroad Avenue
Goshen, New York 10924

> The Clerk is respectfully requested to docket this letter and to close this case.
> So Ordered.
> 8/29/08